UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61028-CIV-DIMITROULEAS

MAURICE CORNELIUS FRENCH,

    Plaintiff,

vs.

DKV FITNESS GYMS PARKLAND, INC.,
D/B/A CRUNCH FITNESS,

    Defendant.
_____/

## **FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Judgment (the "Motion") [DE 9], which the Court granted today by separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment is **GRANTED** as follows:

1. Final Judgment is entered in favor of Plaintiff MAURICE CORNELIUS FRENCH, ("Plaintiff") and against Defendant, DKV FITNESS GYMS PARKLAND, INC. D/B/A CRUNCH FITNESS ("Defendant") in the total amount of $5,204.62, for which sum let execution issue forthwith.

2. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

3. The Clerk is directed to send a copy of this Order via U.S. mail to Defendant at the address below.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 26th day of August, 2019.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies Furnished to:
Counsel of Record

DKV Fitness Gyms Parkland, Inc.
d/b/a Crunch Fitness
C/O Arnold M. Straus, Jr., Esq., Registered Agent
10081 Pines Blvd., Suite C
Pembroke Pines, FL  33024